# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Wyomissing Area School District,<br>Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| Zoning Hearing Board of Wyomissing<br>Borough, and Wyomissing Borough | : | |
| | : | |
| Wyomissing Area School District | : | |
| | : | |
| v. | : | |
| | : | |
| Wyomissing Borough, and Michelle<br>Bare, in her official capacity as the<br>Building and Zoning Official of<br>Wyomissing Borough | : | No. 447 C.D. 2015 |

# **O R D E R**

NOW, December 29, 2015, having considered appellees' application for reargument *en banc* and appellant's response in opposition thereto, the application is denied.

_____
DAN PELLEGRINI,
President Judge